```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 30588
   LISA BROWN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7834

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/04/2005 and was confirmed 09/28/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 07/16/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC       UNSECURED          9086.71           .00          3069.55
CITY OF CHICAGO WATER DE  SECURED             604.00           .00           604.00
EASTERN SAVINGS BANK      CURRENT MORTG          .00           .00              .00
EASTERN SAVINGS BANK      MORTGAGE ARRE       3332.71          .00          3332.71
CAPITAL ONE               UNSECURED           679.82           .00           229.64
CAPITAL ONE               UNSECURED           451.35           .00           152.46
CITIBANK STUDENT LOAN CO  UNSECURED OTH          .00           .00              .00
IRS                       NOTICE ONLY     NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00              .00
IRS                       NOTICE ONLY     NOT FILED            .00              .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED            .00              .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00              .00
CITY OF CHICAGO PARKING   UNSECURED           626.68           .00           196.58
SECRETARY OF STATE        NOTICE ONLY     NOT FILED            .00              .00
ECAST SETTLEMENT CORP     UNSECURED          2192.88           .00           740.78
PEOPLES GAS LIGHT & COKE  UNSECURED             .00            .00              .00
ROUNDUP FUNDING LLC       UNSECURED          4702.85           .00          1588.65
TARGET NATIONAL BANK      UNSECURED           372.08           .00           125.69
ISAC                      UNSECURED             .00            .00              .00
US DEPT OF EDUCATION      UNSECURED             .00            .00              .00
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                            793.51
DEBTOR REFUND             REFUND                                              16.43

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               13,550.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30588 LISA BROWN

```
PRIORITY                                                              .00
SECURED                                                          3,936.71
UNSECURED                                                        6,103.35
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                               793.51
DEBTOR REFUND                                                       16.43
                                    ---------------      ---------------
TOTALS                                    13,550.00            13,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```